# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Energy Heating, LLC, an Idaho limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Windriver Trucking, LLC d/b/a Wind River Oil Services, a Utah limited liability company; and Wind River Management Services, LLC, a Utah limited liability company, | ) ) ) ) ) ) | Case No. 4:13-cv-121 |
| Defendants. | ) | |

Plaintiff initiated the above-entitled breach of contract action by complaint on October 8, 2013. Summonses served on defendants were returned executed on November 8, 2013. Notably, the parties did not formally respond to plaintiff's complaint. The parties did, however, file a stipulation on January 21, 2014, advising that they were likely to resolve this matter without court involvement and requesting that the court retain jurisdiction over this matter in the interim. There has since been nothing filed in this case and the parties have provided the court with little information as to how long they anticipate it will take to resolve this matter. Accordingly, plaintiff is directed to file a brief report updating the court on the status of this action by September 14, 2014.

**IT IS SO ORDERED.**

Dated this 11th day of August, 2014.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr., Magistrate Judge
                                                  United States District Court